IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Crutcher Sr, Mark S

Printed: 11/11/08

Case Number:  06 B 11233
Judge: Hollis, Pamela S
Filed: 9/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 29, 2008
Confirmed: November 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,818.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,722.37 |
| Trustee Fee: |  | 95.63 |
| Other Funds: |  | 0.00 |
| Totals: | 1,818.00 | 1,818.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,334.00 | 1,722.37 |
| 2. | Internal Revenue Service | Priority | 1,577.60 | 0.00 |
| 3. | Internal Revenue Service | Unsecured | 66.90 | 0.00 |
| 4. | T Mobile USA | Unsecured | 71.89 | 0.00 |
| 5. | City Of Chicago | Unsecured | 120.00 | 0.00 |
| 6. | Bally's Health Club | Unsecured |  | No Claim Filed |
| 7. | Black Expressions | Unsecured |  | No Claim Filed |
| 8. | Affiliated | Unsecured |  | No Claim Filed |
| 9. | Affiliated | Unsecured |  | No Claim Filed |
| 10. | Affiliated | Unsecured |  | No Claim Filed |
| 11. | American Collection Corp | Unsecured |  | No Claim Filed |
| 12. | Affiliated | Unsecured |  | No Claim Filed |
| 13. | Affiliated | Unsecured |  | No Claim Filed |
| 14. | Affiliated | Unsecured |  | No Claim Filed |
| 15. | Affiliated | Unsecured |  | No Claim Filed |
| 16. | Credit Management Control | Unsecured |  | No Claim Filed |
| 17. | Wexler & Wexler | Unsecured |  | No Claim Filed |
| 18. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 19. | Comcast | Unsecured |  | No Claim Filed |
| 20. | U.S. Department Of Education | Unsecured |  | No Claim Filed |
| 21. | Flagship Credit Corporation | Unsecured |  | No Claim Filed |
| 22. | Wexler & Wexler | Unsecured |  | No Claim Filed |
| 23. | Wexler & Wexler | Unsecured |  | No Claim Filed |
| 24. | City Of Westchester | Unsecured |  | No Claim Filed |
| 25. | Wexler & Wexler | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,170.39 | $ 1,722.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Crutcher Sr, Mark S | Case Number: 06 B 11233 |
| | Judge: Hollis, Pamela S |
| Printed: 11/11/08 | Filed: 9/8/06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 29.09 |
| 5.4% | 59.97 |
| 6.5% | 6.57 |
| | $ 95.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

